Decided July 17, 1995

### Town of Thomaston *v.* Edward F. Gebelein, Jr.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 903 (AC 13106), is denied.

*Edward F. Gebelein, Jr.,* pro se, in support of the petition.

*Michael D. Rybak,* in opposition.

Decided July 17, 1995